# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: KDK CONCRETE CONTRACTORS, INC. | § | Case No. 07-20051 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 29, 2007. The undersigned trustee was appointed on October 29, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $  51,247.40

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 20,526.82 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 30,720.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/08/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,812.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,812.37, for a total compensation of $5,812.37. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.02, for total expenses of $8.02.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/08/2009          By:/s/RICHARD M. FOGEL
                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 07-20051

**Case Name:** KDK CONCRETE CONTRACTORS, INC.

**Period Ending:** 12/08/09

**Trustee:**  (330720)  RICHARD M. FOGEL

**Filed (f) or Converted (c):** 10/29/07 (f)

**§341(a) Meeting Date:** 12/05/07

**Claims Bar Date:** 03/08/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT- First Community Bank<br>Subject to perfected security interest | 913.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNT- Standard Bank & Trust | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | ACCOUNTS RECEIVABLE<br>Subject to perfected security interest | 160,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | SHAREHOLDER A/R<br>Under investigation | 106,397.00 | Unknown |  | 0.00 | Unknown |
| 5 | MUSTANG BACKHOE<br>Under investigation | 2,960.00 | Unknown |  | 0.00 | Unknown |
| 6 | OFFICE EQUIPMENT<br>Subject to perfected security interest | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | MACHINERY & EQUIPMENT<br>Subject to perfected security interest | 114,408.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | AVOIDANCE ACTIONS (u)<br>Under investigation | 0.00 | Unknown |  | 51,220.58 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 26.82 | Unknown |
| 9 | **Assets**   **Totals** (Excluding unknown values) | **$386,678.00** | **$0.00** |  | **$51,247.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Adversary complaints pending

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009

**Current Projected Date Of Final Report (TFR):**   December 31, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-20051 |
| Case Name: | KDK CONCRETE CONTRACTORS, INC. |
| | |
| Taxpayer ID #: | 36-3924967 |
| Period Ending: | 12/08/09 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****43-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/08 | {8} | ILLINOIS MINING CORP. | Settlement payment #1 | 1241-000 | 3,000.00 | | 3,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.09 | | 3,000.09 |
| 09/02/08 | {8} | ILLINOIS MINING CORP. | Settlement payment #2 | 1241-000 | 3,000.00 | | 6,000.09 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.72 | | 6,000.81 |
| 10/07/08 | {8} | ILLINOIS MINING CORP. | Settlement payment- Final per o/c 10-7-08 | 1241-000 | 2,000.00 | | 8,000.81 |
| 10/15/08 | {8} | LABORERS' PENSION FUND | Settlement payment per o/c 10-7-08 | 1241-000 | 12,648.51 | | 20,649.32 |
| 10/27/08 | {8} | MILLERS READY MIX LLC | Settlement payment per o/c 12-2-2008 | 1241-000 | 3,000.00 | | 23,649.32 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.32 | | 23,650.64 |
| 11/20/08 | {8} | BRACING SYSTEMS, INC. | Settlement Payment per o/c 11-18-08 | 1241-000 | 7,072.07 | | 30,722.71 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.93 | | 30,724.64 |
| 12/08/08 | {8} | T.H. DAVIDSON | Settlement payment per o/c 12-2-08 | 1241-000 | 11,500.00 | | 42,224.64 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.64 | | 42,227.28 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.72 | | 42,229.00 |
| 02/20/09 | {8} | ELMHURST-CHICAGO STONE CO. | Settlement of preference case per o/c 2-3-09 | 1241-000 | 5,000.00 | | 47,229.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 47,230.63 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 47,232.68 |
| 04/01/09 | | To Account #********4366 | Bond Premium | 9999-000 | | 38.59 | 47,194.09 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 47,196.01 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.86 | | 47,197.87 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 47,199.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.98 | | 47,201.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 47,203.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 47,205.81 |
| 10/07/09 | {8} | COAL CITY REDI MIX | Preference settlement per o/c 10-8-09 | 1241-000 | 4,000.00 | | 51,205.81 |
| 10/20/09 | | To Account #********4366 | Attorneys fees and expenses | 9999-000 | | 20,488.23 | 30,717.58 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 30,719.29 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.29 | | 30,720.58 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 51,247.40 | 20,526.82 | $30,720.58 |
| Less: Bank Transfers | 0.00 | 20,526.82 | |
| Subtotal | 51,247.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $51,247.40 | $0.00 | |

{} Asset reference(s)

Printed: 12/08/2009 02:18 PM    V.11.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-20051 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** KDK CONCRETE CONTRACTORS, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****43-66 - Checking Account |
| **Taxpayer ID #:** 36-3924967 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/08/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/09 | | From Account #********4365 | Bond Premium | 9999-000 | 38.59 | | 38.59 |
| 04/02/09 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 38.59 | 0.00 |
| 10/20/09 | | From Account #********4365 | Attorneys fees and expenses | 9999-000 | 20,488.23 | | 20,488.23 |
| 10/21/09 | 102 | SHAW GUSSIS FISHMAN GLANTZ | 40% Contingency Fee per o/c 3-25-2008 | 3110-000 | | 20,488.23 | 0.00 |

| | Receipts | Disbursements | Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 20,526.82 | 20,526.82 | $0.00 |
| Less: Bank Transfers | 20,526.82 | 0.00 | |
| **Subtotal** | 0.00 | 20,526.82 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $20,526.82 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****43-65** | 51,247.40 | 0.00 | 30,720.58 |
| **Checking # ***-*****43-66** | 0.00 | 20,526.82 | 0.00 |
| | $51,247.40 | $20,526.82 | $30,720.58 |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-20051
Case Name: KDK CONCRETE CONTRACTORS, INC.
Trustee Name: RICHARD M. FOGEL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 5,812.37 | $ 8.02 |
| *Attorney for trustee* | SHAW GUSSIS FISHMAN GLANTZ | $ 2,592.50 | $ 9.96 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | POPOWCER KATTEN, LTD. | $ 3,754.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $189,042.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | $ 25.00 | $ 0.00 |
| 000018B | MIDWEST OPERATING ENGINEERS WELFARE | $ 3,808.35 | $ 467.30 |
| 000019B | MIDWEST OPERATING ENGINEERS PENSION | $ 2,531.93 | $ 310.68 |
| 000020B | OPERATING ENGINEERS LOCAL 150 APPRE | $ 292.95 | $ 35.95 |
| 000021B | LOCAL 150 I.U.O.E. VACATION SAVINGS | $ 795.15 | $ 97.57 |
| 000023 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 220.96 | $ 0.00 |
| 000024 | CEMENT MASONS LOCAL 502 FRINGE BENE | $ 28,150.58 | $ 3,454.21 |
| 000025 | CEMENT MASONS LOCAL 502 FRINGE BENE | $ 33,881.55 | $ 4,157.42 |
| 000026B | LABORERS' PENSION AND WELFARE FUND | $ 52,132.31 | $ 6,396.88 |
| 000027B | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 29,532.04 | $ 3,623.72 |
| 000030P | DEPARTMENT OF TREASURY | $ 37,671.49 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 1,036,272.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC | $ 7,766.20 | $ 0.00 |
| 000002 | COM ED CO | $ 458.79 | $ 0.00 |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | $ 364.00 | $ 0.00 |
| 000004 | OZINGA TRANSPORTATION | $ 33,009.53 | $ 0.00 |
| 000005 | WESTSIDE TRACTOR SALES COMPANY | $ 464.32 | $ 0.00 |
| 000006 | OZINGA ILLINOIS | $ 59,060.93 | $ 0.00 |
| 000007 | OZINGA CHICAGO | $ 14,302.67 | $ 0.00 |
| 000008 | OZINGA CONCRETE PRODUCTS | $ 9,605.92 | $ 0.00 |
| 000009 | GRUNDY REDI-MIX | $ 48,509.53 | $ 0.00 |
| 000010 | COAL CITY TRUCKING | $ 22,718.57 | $ 0.00 |
| 000011 | COAL CITY REDI MIX | $ 25,334.29 | $ 0.00 |
| 000012 | RTD TRANSPORT | $ 28,574.09 | $ 0.00 |
| 000013 | HOMEWOOD DISPOSAL SERVICES, INC | $ 187.71 | $ 0.00 |
| 000014 | CENTRAL ILLINOIS CONVEYING | $ 14,793.64 | $ 0.00 |
| 000015 | SPRINT NEXTEL | $ 976.61 | $ 0.00 |
| 000016 | UNITED CONSTRUCTION PRODUCTS | $ 10,414.64 | $ 0.00 |
| 000017 | HOPPY"S LANDSCAPING | $ 22,407.50 | $ 0.00 |
| 000018A | MIDWEST OPERATING ENGINEERS WELFARE | $ 463.04 | $ 0.00 |
| 000019A | MIDWEST OPERATING ENGINEERS PENSION | $ 320.40 | $ 0.00 |
| 000020A | OPERATING ENGINEERS LOCAL 150 APPRE | $ 37.70 | $ 0.00 |

LOCAL 150 I.U.O.E.

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000021A | VACATION SAVINGS | $ 102.32 | $ 0.00 |
| 000022 | CONSTRUCTION INDUSTRY RESEARCH AND | $ 75.33 | $ 0.00 |
| 000026A | LABORERS' PENSION AND WELFARE FUND | $ 56,118.00 | $ 0.00 |
| 000027A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 30,351.28 | $ 0.00 |
| 000028A | FIRST COMMUNITY BANK OF JOLIET | $ 631,690.48 | $ 0.00 |
| 000029A | WELSCH REDI-MIX INC | $ 14,139.59 | $ 0.00 |
| 000030U | DEPARTMENT OF TREASURY | $ 4,025.47 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 380.45 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000031 | NU LOOK CAR WASH | $ 380.45 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**