**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| In re: KDK CONCRETE CONTRACTORS, INC., | § | Case No. 07-20051 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL ______, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 2/4 /2010 in Courtroom 619, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: 01/08/2010 By: /s/ Richard M. Fogel
Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KDK CONCRETE CONTRACTORS, INC. § Case No. 07-20051
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 51,248.69 |
| *and approved disbursements of* | $ 20,526.82 |
| *leaving a balance on hand of* [1] | $ 30,721.87 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 5,812.37 | $ 8.02 |
| *Attorney for trustee* | SHAW GUSSIS FISHMAN GLANTZ | $ 2,592.50 | $ 9.96 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | POPOWCER KATTEN, LTD. | $ 3,754.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $189,042.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | $ 25.00 | $ 0.00 |
| 000018B | MIDWEST OPERATING ENGINEERS WELFARE | $ 3,808.35 | $ 467.30 |
| 000019B | MIDWEST OPERATING ENGINEERS PENSION | $ 2,531.93 | $ 310.68 |
| 000020B | OPERATING ENGINEERS LOCAL 150 APPRE | $ 292.95 | $ 35.95 |
| 000021B | LOCAL 150 I.U.O.E. VACATION SAVINGS | $ 795.15 | $ 97.57 |
| 000023 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 220.96 | $ 0.00 |
| 000024 | CEMENT MASONS LOCAL 502 FRINGE BENE | $ 28,150.58 | $ 3,454.21 |
| 000025 | CEMENT MASONS LOCAL 502 FRINGE BENE | $ 33,881.55 | $ 4,157.42 |
| 000026B | LABORERS' PENSION AND WELFARE FUND | $ 52,132.31 | $ 6,396.88 |
| 000027B | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 29,532.04 | $ 3,623.72 |
| 000030P | DEPARTMENT OF TREASURY | $ 37,671.49 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,036,272.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC | $ 7,766.20 | $ 0.00 |
| 000002 | COM ED CO | $ 458.79 | $ 0.00 |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | $ 364.00 | $ 0.00 |
| 000004 | OZINGA TRANSPORTATION | $ 33,009.53 | $ 0.00 |
| 000005 | WESTSIDE TRACTOR SALES COMPANY | $ 464.32 | $ 0.00 |
| 000006 | OZINGA ILLINOIS | $ 59,060.93 | $ 0.00 |
| 000007 | OZINGA CHICAGO | $ 14,302.67 | $ 0.00 |
| 000008 | OZINGA CONCRETE PRODUCTS | $ 9,605.92 | $ 0.00 |
| 000009 | GRUNDY REDI-MIX | $ 48,509.53 | $ 0.00 |
| 000010 | COAL CITY TRUCKING | $ 22,718.57 | $ 0.00 |
| 000011 | COAL CITY REDI MIX | $ 25,334.29 | $ 0.00 |
| 000012 | RTD TRANSPORT | $ 28,574.09 | $ 0.00 |
| 000013 | HOMEWOOD DISPOSAL SERVICES, INC | $ 187.71 | $ 0.00 |
| 000014 | CENTRAL ILLINOIS CONVEYING | $ 14,793.64 | $ 0.00 |
| 000015 | SPRINT NEXTEL | $ 976.61 | $ 0.00 |
| 000016 | UNITED CONSTRUCTION PRODUCTS | $ 10,414.64 | $ 0.00 |
| 000017 | HOPPY"S LANDSCAPING | $ 22,407.50 | $ 0.00 |
| 000018A | MIDWEST OPERATING ENGINEERS WELFARE | $ 463.04 | $ 0.00 |
| 000019A | MIDWEST OPERATING ENGINEERS PENSION | $ 320.40 | $ 0.00 |
| 000020A | OPERATING ENGINEERS LOCAL 150 APPRE | $ 37.70 | $ 0.00 |

| | | | |
|---|---|---|---|
| 000021A | LOCAL 150 I.U.O.E. VACATION SAVINGS | $ 102.32 | $ 0.00 |
| 000022 | CONSTRUCTION INDUSTRY RESEARCH AND | $ 75.33 | $ 0.00 |
| 000026A | LABORERS' PENSION AND WELFARE FUND | $ 56,118.00 | $ 0.00 |
| 000027A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 30,351.28 | $ 0.00 |
| 000028A | FIRST COMMUNITY BANK OF JOLIET | $ 631,690.48 | $ 0.00 |
| 000029A | WELSCH REDI-MIX INC | $ 14,139.59 | $ 0.00 |
| 000030U | DEPARTMENT OF TREASURY | $ 4,025.47 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 380.45 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 000031 | NU LOOK CAR WASH | $ 380.45 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 13, 2010.

db +KDK Concrete Contractors, Inc., Kirk Knippenberg, 13624 Larkspur, Lockport, IL 60491-8201
aty +Allen J Guon, Shaw Gussis Fishman Glantz Wolfson & Tow, 321 N. Clark St., Suite 800, Chicago, Il 60654-4766
aty +Popowcer Katten Ltd, Popowcer Katten Ltd, 35 E Wacker Dr, Ste 902, Chicago, IL 60601-2314
aty +Timothy M Hughes, Lavelle Legal Services Ltd, 501 West Colfax, Palatine, IL 60067-2545
aty Vipin R Gandra, Chicago, IL
tr +Richard M Fogel, Shaw Gussis Fishman Glantz Wolfson, 321 N Clark Street Suite 800, Chicago, IL 60654-4766
11709562 +ADT Security Ser, P.O. Box 96175, Las Vegas, NV 89193-6175
11709563 ++ADVANTA, WELSH AND MCKEAN RD, P O BOX 844, SPRING HOUSE PA 19477-0844
(address filed with court: Advanta Bank, P.O. Box 8088, Philadelphia, PA 19101-8088)
11709565 AT& T, SBC, Bill Payment Center, Saginaw, MI 48663-0003
11709564 +Altak Construction Services, 13624 Larkspur Dr, Homer Glen, IL 60491-8201
11709567 Bank of America, P.O. Box 1758, Newark, NJ 07101-1758
11709568 Bracing Systems Inc, P.O. Box 517, Bloomingdale, IL 60108-0517
11709569 +Cassidy Conveyor, P.O. Box 1166, Dolton, IL 60419-7166
11709570 +Cement Masons #502, 739 25th Ave, Bellwood, IL 60104-1995
11958302 +Cement Masons Local 502 Fringe Benefit Funds,, c/o Arnold and Kadjan, 19 W. Jackson Blvd., Suite 300, Chicago, IL 60604-3910
11709571 +Cement Masons Union Local 502, 739 S 25th Ave, Bellwood, IL 60104-1954
11709572 +Cement Masons Union Local 803, 240 W St. Charles Rd, Villa Park, IL 60181-2498
11709573 +Central Illinois Conveying, P.O. Box 652, Morris, IL 60450-0652
11709574 +Chicago Regional Council Carpenters, 12 East Erie St, Chicago, IL 60611-2767
11709575 +Citi Capital, P.O. Box 6229, Carol Stream, IL 60197-6229
11709576 +Coal City Redi Mix, P.O. Box 116, Coal City, IL 60416-0116
11709577 +Coal City Trucking, P.O. Box 116, Coal City, IL 60416-0116
11709579 +Concept Construction Services, 8812 Shyline Dr, Willowbrook, IL 60527-6211
11709580 +Concrete Clinic, 13089 Main Street, Lemont, IL 60439-9373
11896827 Construction Industry Research and Service Trust, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11709581 Construction Supply, 30 W Butterfield Rd, Warrenville, IL 60555
11709582 Contractor Supply Warehouse, Inc, 321 S Oxford Ave, Chicago Ridge, IL 60415
11709583 D. Patrick Mullarkey, Tax Division DOJ, P.O. Box 55, Ben Franklin Station, Washington, DC 20044
11709586 +Don Spender Lawn Care, P.O. Box 345, South Holland, IL 60473-0345
11709587 +DuPage County Union 83, 240 W St. Charles Rd, Villa Park, IL 60181-2401
11709588 +Excel Waterproofing Services, 6662 West 99th St, Chicago Ridge, IL 60415-1261
11709589 FED EX, P.O. Box 94515, Palatine, IL 60094-4515
11709590 +First Community Bank, 2801 Black Road, Joliet, IL 60435-2929
12031253 +First Community Bank of Joliet, c/o A. Michael Wojtak, Esq., Tracy Johnson & Wilson, 2801 Black Road, Second Floor, Joliet, IL 60435-2929
11709591 Ford Motor Credit, P.O. Box 790093, Saint Louis, MO 63179-0093
11733444 +Ford Motor Credit Company LLC, P.O. Box 537901, Livonia, MI 48153-7901
11709592 +GME Consultants, 9824 Industrial Dr, Suite C, Bridgeview, IL 60455-2332
11709593 +Grundy Redi-Mix, P.O. Box 652, Morris, IL 60450-0652
11709594 +Hard Rock Concrete Cutters, 984 Lee Street, Des Plaines, IL 60016-6513
11709595 +Homewood Disposal Services, Inc, 1501 W 175th Street, Homewood, IL 60430-4608
11709596 +Hoppy's Landscaping, P.O. Box 693, Lemont, IL 60439-0693
11709598 ++ILLINOIS DEPARTMENT OF REVENUE, P O BOX 64338, CHICAGO IL 60664-0338
(address filed with court: Illinois Department of Revenue, 100 W Randolph 7th Floor, Bankruptcy Unit, Chicago, IL 60601)
11709584 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, PHILADELPHIA PA 19114-0326
(address filed with court: Department Of Treasury, IRS, PO Box 21126, Philadelphia, PA 19114)
11709585 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, PHILADELPHIA PA 19114-0326
(address filed with court: District Director IRS, 230 S Dearborn, Chicago, IL 60604)
11709602 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, PHILADELPHIA PA 19114-0326
(address filed with court: Internal Revenue Service, Mail Stop 5010 CHI, 230 S. Dearborn St, Chicago, IL 60604)
11709597 +Ice Mountain, P.O. Box 856680, Louisville, KY 40285-6680
11947974 +Illinois Department of Employment Security, 33 South State Street, Chicago, Illinois 60603-2808
11709599 Illinois Dept of Employment Securit, P.O. Box 3637, Springfield, IL 62708-3637
11709600 +Illinois Mining, 41 Walter Court, Lake In The Hills, IL 60156-1586
11709601 +Ingersoll Rand, P.O. Box 6229, Carol Stream, IL 60197-6229
11709603 +Judi's Embroidery, 250 N Main, Seneca, IL 61360-9318
11709604 +K Hoving Recycling & Disposal, 2351 Powis Rd, West Chicago, IL 60185-1013
11709605 +Kirk Knippenberg, 13624 Larkspur, Homer Glen, IL 60491-8201
11709606 +Kirk Knippenberg, 13624 Larkspur, Lockport, IL 60491-8201
11709607 +Laborers District Council, 999 McLintoch Dr, Suite 300, Willowbrook, IL 60527-0824
11709608 +Laborers Pension Fund & Welfare Fun, 53 W Jackson Blvd Suite 550, Christina Krivanek, Chicago, IL 60604-3425
11986018 +Laborers' Pension and Welfare Funds, c/o Karen I. Engelhardt, 230 W. Monroe Street Suite 2600, Chicago, IL 60606-4969
11709609 +Lake County Finishers, 28874 Rand Rd Unit B, Mchenry, IL 60051-7204
12004240 Lake County Plasterers & Cement Masons Fringe, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, Ltd., 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11709610 +Likar Insurance, 1000 S Hamilton Suite G, Lockport, IL 60441-3197
11709611 Linde Gas, P.O. Box 802807, Chicago, IL 60680-2807

District/off: 0752-1 User: mflowers Page 2 of 3 Date Rcvd: Jan 11, 2010
Case: 07-20051 Form ID: pdf006 Total Noticed: 101

11896826 Local 150 I.U.O.E. Vacation Savings Plan, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11709612 +Marco Brokerage Inc, 41 Walter Court, Lake In The Hills, IL 60156-1586
11881102 Mark Gryska for United Construction Products, Inc., Nigro & Westfall, P.C., 793 Bloomingdale Road, Glendale Heights, IL 60139
11709613 +Midwest Operating Engineers, P.O. Box 74632, Chicago, IL 60675-4632
11896824 Midwest Operating Engineers Pension Trust Fund, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11896823 Midwest Operating Engineers Welfare Fund, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11709614 +N Ramos Construction, 143 Paramount Dr, Wood Dale, IL 60191-1968
11709616 +Nu Look Car Wash, 1388 State Street, Lemont, IL 60439-4763
11896825 Operating Engineers Local 150 Apprenticeship Fund, c/o Patrick N. Ryan, Baum Sigman Auerbach & Neuman, 200 W. Adams Street, Suite 2200, Chicago, IL 60606-5231
11709617 +Ozinga Chicago, Raphael E Yalden II, Yalden Olsen & Willette, 1318 E State Street, Rockford, IL 61104-2228
11709618 +Ozinga Concrete Products, Raphael E Yalden II, Yalden Olsen & Willette, 1318 E State Street, Rockford, IL 61104-2228
11731573 +Ozinga Concrete Products, Inc., Ozinga Chicago RMC, Inc.., c/o Raphael E. Yalden II,, 1318 E. State Street, Rockford IL 61104-2228
11709619 +Ozinga Illinois, Raphael E Yalden II, Yalden Olsen & Willette, 1318 E State Street, Rockford, IL 61104-2228
11709620 Ozinga Transportation, c/o Raphael E. Yalden II, 1318 E. State St., Rockford, Illinois 61104-2228
11709621 +Personnel Concepts, 2865 Metropolitan Pl, Pomona, CA 91767-1853
11709622 +Praire Material, P.O. Box 917, Bedford Park, IL 60499-0917
11709623 +R & J Construction Supply Co, 30 W 180 Butterfield Rd, Warrenville, IL 60555-1561
11709624 +RTD Transport, P.O. Box 73, Coal City, IL 60416-0073
11709625 +Runnion Equipment, 7950 West 47th St, Lyons, IL 60534-1898
11709626 +Safeco Insurance, P.O. Box 11223, Tacoma, WA 98411-0223
11709628 +Secretary of State, 312 Howlett Bldg, Springfield, IL 62756-0001
11709629 +Simborg, 1149 W 175th Street, Homewood, IL 60430-4604
11709631 +Speedway SuperAmerica, P.O. Box 740587, Cincinnati, OH 45274-0587
11709632 Sprint Nextel, Attn: Bankruptcy Dept, PO Box 7949, Overland Park, KS 66207-0949
11709633 +Standard Bank, 9321 Wicker Ave, Saint John, IN 46373-9412
11709634 +Steel Sales & Services, Dept 7050, P.O. Box 87618, Chicago, IL 60680-0618
11709635 +Steel Services Enterprises, 17500 S Paxton, Lansing, IL 60438-1696
11709636 +Superior Small Engine Repair, 15062 S Archer Ave., Lockport, IL 60441-2258
11709637 +T H Davidson, 10175 Vans Drive, Frankfort, IL 60423-7914
11709639 +TMW Equipment Repair inc, 1217 Channahen Rd, Joliet, IL 60436-9527
11709640 +TTS Systems Inc, 87 South Main, Suite 4, Newtown, CT 06470-2315
11709638 +The Glenrock Co, 4206 Paysphere Circle, Chicago, IL 60674-0042
11709641 +United Construction Products, Mark Gryska/Nigro & Westfall P C, 1793 Bloomingdale Rd, Glendale Heights, IL 60139-3800
11709642 +United States Attorney, 219 S. Dearborn St., Chicago, IL 60604-1708
11709643 +Welsch Redi-Mix Inc, 806 Gardner St, Joliet, IL 60433-2434
11709644 +Westside Tractor Sales Company, P.O. Box 87618, Dept 4570, Chicago, IL 60680-0618

The following entities were noticed by electronic transmission on Jan 11, 2010.
11709566 +E-mail/Text: skuhlmann@atlaslift.com Atlas Bobcat Inc, 5050 N River Rd, Schiller Park, IL 60176-1092
11709578 +E-mail/Text: legalcollections@comed.com Com Ed Co, 2100 Swift Drive, Attn: Bankruptcy Section/Revenue Managem, Oakbrook, IL 60523-1559
11709615 E-mail/Text: bankrup@nicor.com Nicor Gas, P.O. Box 416, Aurora, IL 60568-0001
11709627 E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2010 01:11:58 Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942
TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11709630 Simborg
TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2010** **Signature:** Joseph Speetjens