**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KDK CONCRETE CONTRACTORS, INC.    § Case No. 07-20051
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $277,321.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $18,546.43 | Claims Discharged Without Payment: $1,169,231.43 |
| Total Expenses of Administration: $32,703.67 | |

   3) Total gross receipts of $   51,250.10   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00   (see **Exhibit 2**), yielded net receipts of $51,250.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $79,926.00 | $59,380.10 | $59,380.10 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,703.81 | 32,703.67 | 32,703.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 48,849.13 | 189,042.31 | 189,042.31 | 18,546.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 370,806.92 | 1,214,954.96 | 1,036,653.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $499,582.05 | $1,496,081.18 | $1,317,779.08 | $51,250.10 |

4) This case was originally filed under Chapter 7 on October 29, 2007.
. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2010          By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| AVOIDANCE ACTIONS | 1241-000 | 51,220.58 |
| Interest Income | 1270-000 | 29.52 |
| **TOTAL GROSS RECEIPTS** | | **$51,250.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF TREASURY | 4300-000 | 79,926.00 | 59,380.10 | 59,380.10 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$79,926.00** | **$59,380.10** | **$59,380.10** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 5,812.51 | 5,812.37 | 5,812.37 |
| RICHARD M. FOGEL | 2200-000 | N/A | 8.02 | 8.02 | 8.02 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 2,592.50 | 2,592.50 | 2,592.50 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 9.96 | 9.96 | 9.96 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 3,754.00 | 3,754.00 | 3,754.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 38.59 | 38.59 | 38.59 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 20,488.23 | 20,488.23 | 20,488.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 32,703.81 | 32,703.67 | 32,703.67 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | 25.00 | 25.00 | 0.00 |
| MIDWEST OPERATING ENGINEERS WELFARE | 5400-000 | N/A | 3,808.35 | 3,808.35 | 467.38 |
| MIDWEST OPERATING ENGINEERS PENSION | 5400-000 | N/A | 2,531.93 | 2,531.93 | 310.72 |
| OPERATING ENGINEERS LOCAL 150 APPRE | 5400-000 | N/A | 292.95 | 292.95 | 35.95 |
| LOCAL 150 I.U.O.E. VACATION SAVINGS | 5400-000 | N/A | 795.15 | 795.15 | 97.58 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | 265.00 | 220.96 | 220.96 | 0.00 |
| CEMENT MASONS LOCAL 502 FRINGE BENE | 5400-000 | 12,000.00 | 28,150.58 | 28,150.58 | 3,454.71 |
| CEMENT MASONS LOCAL 502 FRINGE BENE | 5400-000 | 36,584.13 | 33,881.55 | 33,881.55 | 4,158.03 |
| LABORERS' PENSION AND WELFARE FUND | 5400-000 | N/A | 52,132.31 | 52,132.31 | 6,397.81 |
| LAKE COUNTY PLASTERERS & CEMENT MAS | 5400-000 | N/A | 29,532.04 | 29,532.04 | 3,624.25 |
| DEPARTMENT OF TREASURY | 5800-000 | N/A | 37,671.49 | 37,671.49 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 48,849.13 | 189,042.31 | 189,042.31 | 18,546.43 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC | 7100-000 | 1,850.00 | 7,766.20 | 7,766.20 | 0.00 |
| COM ED CO | 7100-000 | 750.00 | 458.79 | 458.79 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 6,015.00 | 364.00 | 364.00 | 0.00 |
| OZINGA TRANSPORTATION | 7100-000 | 26,101.22 | 33,009.53 | 33,009.53 | 0.00 |
| WESTSIDE TRACTOR SALES COMPANY | 7100-000 | 464.32 | 464.32 | 464.32 | 0.00 |
| OZINGA ILLINOIS | 7100-000 | 48,049.75 | 59,060.93 | 59,060.93 | 0.00 |
| OZINGA CHICAGO | 7100-000 | 15,887.85 | 14,302.67 | 14,302.67 | 0.00 |
| OZINGA CONCRETE PRODUCTS | 7100-000 | 9,474.00 | 9,605.92 | 9,605.92 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| GRUNDY REDI-MIX | 7100-000 | 32,773.00 | 48,509.53 | 48,509.53 | 0.00 |
| COAL CITY TRUCKING | 7100-000 | 22,700.00 | 22,718.57 | 22,718.57 | 0.00 |
| COAL CITY REDI MIX | 7100-000 | 15,640.00 | 25,334.29 | 25,334.29 | 0.00 |
| RTD TRANSPORT | 7100-000 | 27,900.00 | 28,574.09 | 28,574.09 | 0.00 |
| HOMEWOOD DISPOSAL SERVICES, INC | 7100-000 | 61.50 | 187.71 | 187.71 | 0.00 |
| CENTRAL ILLINOIS CONVEYING | 7100-000 | 18,354.00 | 14,793.64 | 14,793.64 | 0.00 |
| SPRINT NEXTEL | 7100-000 | 942.60 | 976.61 | 976.61 | 0.00 |
| UNITED CONSTRUCTION PRODUCTS | 7100-000 | 8,473.26 | 10,414.64 | 10,414.64 | 0.00 |
| HOPPY''S LANDSCAPING | 7100-000 | 22,407.00 | 22,407.50 | 22,407.50 | 0.00 |
| MIDWEST OPERATING ENGINEERS WELFARE | 7100-000 | N/A | 463.04 | 463.04 | 0.00 |
| MIDWEST OPERATING ENGINEERS PENSION | 7100-000 | 6,411.26 | 320.40 | 320.40 | 0.00 |
| OPERATING ENGINEERS LOCAL 150 APPRE | 7100-000 | N/A | 37.70 | 37.70 | 0.00 |
| LOCAL 150 I.U.O.E. VACATION SAVINGS | 7100-000 | N/A | 102.32 | 102.32 | 0.00 |
| CONSTRUCTION INDUSTRY RESEARCH AND | 7100-000 | N/A | 75.33 | 75.33 | 0.00 |
| LABORERS' PENSION AND WELFARE FUND | 7100-000 | 31,527.82 | 56,118.00 | 56,118.00 | 0.00 |
| LAKE COUNTY PLASTERERS & CEMENT MAS | 7100-000 | 51,612.04 | 30,351.28 | 30,351.28 | 0.00 |
| FIRST COMMUNITY BANK OF JOLIET | 7100-000 | 9,015.00 | 631,690.48 | 631,690.48 | 0.00 |
| FIRST COMMUNITY BANK OF JOLIET | 7100-000 | N/A | 169,551.01 | 0.00 | 0.00 |
| WELSCH REDI-MIX INC | 7100-000 | 13,931.00 | 14,139.59 | 14,139.59 | 0.00 |
| WELSCH REDI-MIX INC | 7100-000 | N/A | 8,750.95 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | 7100-000 | N/A | 4,025.47 | 4,025.47 | 0.00 |
| NU LOOK CAR WASH | 7200-000 | 466.30 | 380.45 | 380.45 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 370,806.92 | 1,214,954.96 | 1,036,653.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20051  
**Case Name:** KDK CONCRETE CONTRACTORS, INC.  
**Period Ending:** 04/16/10

**Trustee:**  (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/29/07 (f)  
**§341(a) Meeting Date:** 12/05/07  
**Claims Bar Date:** 03/08/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT- First Community Bank<br>Subject to perfected security interest | 913.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNT- Standard Bank & Trust | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | ACCOUNTS RECEIVABLE<br>Subject to perfected security interest | 160,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | SHAREHOLDER A/R<br>Under investigation | 106,397.00 | Unknown | | 0.00 | Unknown |
| 5 | MUSTANG BACKHOE<br>Under investigation | 2,960.00 | Unknown | | 0.00 | Unknown |
| 6 | OFFICE EQUIPMENT<br>Subject to perfected security interest | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | MACHINERY & EQUIPMENT<br>Subject to perfected security interest | 114,408.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | AVOIDANCE ACTIONS (u)<br>Under investigation | 0.00 | Unknown | | 51,220.58 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 29.52 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$386,678.00** | **$0.00** | | **$51,250.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

Hearing on final report and applications for compensation on 2-4-10

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009      **Current Projected Date Of Final Report (TFR):**    January 7, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-20051  
**Case Name:** KDK CONCRETE CONTRACTORS, INC.  
**Taxpayer ID #:** **-***4967  
**Period Ending:** 04/16/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/08 | {8} | ILLINOIS MINING CORP. | Settlement payment #1 | 1241-000 | 3,000.00 | | 3,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.09 | | 3,000.09 |
| 09/02/08 | {8} | ILLINOIS MINING CORP. | Settlement payment #2 | 1241-000 | 3,000.00 | | 6,000.09 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.72 | | 6,000.81 |
| 10/07/08 | {8} | ILLINOIS MINING CORP. | Settlement payment- Final per o/c 10-7-08 | 1241-000 | 2,000.00 | | 8,000.81 |
| 10/15/08 | {8} | LABORERS' PENSION FUND | Settlement payment per o/c 10-7-08 | 1241-000 | 12,648.51 | | 20,649.32 |
| 10/27/08 | {8} | MILLERS READY MIX LLC | Settlement payment per o/c 12-2-2008 | 1241-000 | 3,000.00 | | 23,649.32 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.32 | | 23,650.64 |
| 11/20/08 | {8} | BRACING SYSTEMS, INC. | Settlement Payment per o/c 11-18-08 | 1241-000 | 7,072.07 | | 30,722.71 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.93 | | 30,724.64 |
| 12/08/08 | {8} | T.H. DAVIDSON | Settlement payment per o/c 12-2-08 | 1241-000 | 11,500.00 | | 42,224.64 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.64 | | 42,227.28 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.72 | | 42,229.00 |
| 02/20/09 | {8} | ELMHURST-CHICAGO STONE CO. | Settlement of preference case per o/c 2-3-09 | 1241-000 | 5,000.00 | | 47,229.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.63 | | 47,230.63 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 47,232.68 |
| 04/01/09 | | To Account #********4366 | Bond Premium | 9999-000 | | 38.59 | 47,194.09 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 47,196.01 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.86 | | 47,197.87 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 47,199.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.98 | | 47,201.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 47,203.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 47,205.81 |
| 10/07/09 | {8} | COAL CITY REDI MIX | Preference settlement per o/c 10-8-09 | 1241-000 | 4,000.00 | | 51,205.81 |
| 10/20/09 | | To Account #********4366 | Attorneys fees and expenses | 9999-000 | | 20,488.23 | 30,717.58 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 30,719.29 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.29 | | 30,720.58 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.29 | | 30,721.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 30,723.08 |
| 02/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.20 | | 30,723.28 |
| 02/04/10 | | To Account #********4366 | Close account and transfer for final distributions | 9999-000 | | 30,723.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 51,250.10 | 51,250.10 | $0.00 |
| Less: Bank Transfers | 0.00 | 51,250.10 | |
| Subtotal | 51,250.10 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $51,250.10 | $0.00 | |

{} Asset reference(s)

Printed: 04/16/2010 10:49 AM   V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20051  
**Case Name:** KDK CONCRETE CONTRACTORS, INC.  
**Taxpayer ID #:** **-***4967  
**Period Ending:** 04/16/10  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/09 | | From Account #********4365 | Bond Premium | 9999-000 | 38.59 | | 38.59 |
| 04/02/09 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 38.59 | 0.00 |
| 10/20/09 | | From Account #********4365 | Attorneys fees and expenses | 9999-000 | 20,488.23 | | 20,488.23 |
| 10/21/09 | 102 | SHAW GUSSIS FISHMAN GLANTZ | 40% Contingency Fee per o/c 3-25-2008 | 3110-000 | | 20,488.23 | 0.00 |
| 02/04/10 | | From Account #********4365 | Close account and transfer for final distributions | 9999-000 | 30,723.28 | | 30,723.28 |
| 02/05/10 | 103 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $2,592.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,592.50 | 28,130.78 |
| 02/05/10 | 104 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $9.96, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 9.96 | 28,120.82 |
| 02/05/10 | 105 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $3,754.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,754.00 | 24,366.82 |
| 02/05/10 | 106 | MIDWEST OPERATING ENGINEERS WELFARE FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 467.38 | 23,899.44 |
| 02/05/10 | 107 | MIDWEST OPERATING ENGINEERS PENSION FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 310.72 | 23,588.72 |
| 02/05/10 | 108 | OPERATING ENGINEERS LOCAL 150 APPRENTICE FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 35.95 | 23,552.77 |
| 02/05/10 | 109 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 97.58 | 23,455.19 |
| 02/05/10 | 110 | CEMENT MASONS LOCAL 502 FRINGE BENEFIT FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 3,454.71 | 20,000.48 |
| 02/05/10 | 111 | CEMENT MASONS LOCAL 502 FRINGE BENEFIT FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 4,158.03 | 15,842.45 |
| 02/05/10 | 112 | LABORERS' PENSION AND WELFARE FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 6,397.81 | 9,444.64 |
| 02/05/10 | 113 | LAKE COUNTY PLASTERERS & CEMENT MASONS FUND | First and final dividend (12.2722%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 5400-000 | | 3,624.25 | 5,820.39 |
| 02/05/10 | 114 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | | | 5,820.39 | 0.00 |

Subtotals: $51,250.10   $51,250.10

{} Asset reference(s)

Printed: 04/16/2010 10:49 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-20051  
**Case Name:** KDK CONCRETE CONTRACTORS, INC.

**Taxpayer ID #:** **-***4967  
**Period Ending:** 04/16/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | INTEREST | | | | |
| | | | Dividend paid 100.00%   5,812.37 on $5,812.37;  Claim# 1; Filed: $5,812.51 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   8.02 on $8.02;  Claim# 2; Filed: $8.02 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 51,250.10 | 51,250.10 | $0.00 |
| | | | Less: Bank Transfers | | 51,250.10 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 51,250.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$51,250.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****43-65** | 51,250.10 | 0.00 | 0.00 |
| **Checking # ***-*****43-66** | 0.00 | 51,250.10 | 0.00 |
| | $51,250.10 | $51,250.10 | $0.00 |

{} Asset reference(s)

Printed: 04/16/2010 10:49 AM    V.12.08